# Exhibit B

## Of Appendix To Plaintiffs' Motion for Default Judgment and Memorandum in Support Thereof

C.A. No. 4-05-CV-514-Y *AzTex Dairy, Inc., Fred R. Lueck, Sr., and Judy A. Lueck v. Jimmy Dale Anderson*, In the United States District Court for the Northern District of Texas, Fort Worth Division

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AZTEX DAIRY, INC.; FRED R. LUECK, SR. AND JUDY A. LUECK, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4-05CV-514-Y |
| JIMMY DALE ANDERSON, | § § | |
| Defendant. | § § | |

### CLERK'S ENTRY OF DEFAULT

After considering Plaintiffs' Request for Entry of Default against Defendant, the affidavits, and other evidence on file, the court **FINDS** that the Defendant did not file a responsive pleading or otherwise defend the suit, and **THEREFORE**, the record supports entry of default.

Signed on October 3, 2005

KAREN MITCHELL
CLERK OF COURT
U.S. District Court
Northern District of Texas
Ft. Worth Division

by: *Wm Barnes*
    *Deputy Clerk*

HOU03:1039057.1

21

**4:05-cv-00514** Aztex Dairy Inc et al v. Anderson
Terry R Means, presiding
Date filed: 08/17/2005 **Date of last filing:** 10/03/2005

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed & Entered:* | 08/17/2005 | Complaint |
| 2 | *Filed & Entered:* | 08/17/2005 | Summons Issued |
| 3 | *Filed & Entered:* | 08/17/2005 | Cert. Of Interested Persons/Disclosure Statement |
| 4 | *Filed:* *Entered:* | 08/18/2005 08/19/2005 | Order Designating Case for ECF |
| 5 | *Filed & Entered:* | 08/26/2005 | Summons Returned Executed |
| 6 | *Filed & Entered:* | 09/30/2005 | Motion for Default Judgment |
| 7 | *Filed:* *Entered:* | 10/03/2005 10/04/2005 | Clerk's Entry of Default |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2005 18:17:58 | | | |
| PACER Login: | bb0033 | Client Code: | 002632.3478 |
| Description: | History/Documents | Search Criteria: | 4:05-cv-00514 |
| Billable Pages: | 1 | Cost: | 0.08 |

22

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

AzTex Dairy, Inc.;
Fred R. Lueck, Sr.;
Judy A. Lueck
V.
Jimmy Dale Anderson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 4-05CV-514-Y

TO: (Name and address of Defendant)

Jimmy Dale Anderson
731 FM 2156
Dublin, Texas 76446

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tynan Buthod
J. Scott Janoe
Baker Botts L.L.P.
910 Louisiana
3000 One Shell Plaza
Houston, Texas 77002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                              AUG 17 2005

CLERK _[signature]_                         DATE
(By) DEPUTY CLERK

23

%AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August-22-2005 | |
| NAME OF SERVER (PRINT) Kenneth Haley | TITLE C+H Civil Process Service | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

662 P.R 1167 Dublin TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of **the United States of America** that the foregoing information contained in the Return of Service and Statement of Service Fees is **true and correct**.

Executed on  August 22-2004    Kenneth Haley
             Date               Signature of Server

1541 SHeila Stephenville, TX 76401
Address of Server
254-968-3128

(1) As to who may serve a summons see **Rule 4 of the Federal Rules of Civil Procedure**.

24